IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDDIE LEE BURNS,** | CV F 05-1620AWI WMW HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO FILE AMENDED PETITION |
| v. | |
| **PEOPLE OF THE STATE OF CALIFORNIA,** | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. On May 24, 2006, Petitioner lodged with the court an amended petitioner naming Richard Pierce and T. Armisted as Respondents. Accordingly, the Clerk of the Court is HEREBY DIRECTED to file the amended petition previously lodged with the court and to correct the name of the Respondents.

IT IS SO ORDERED.

**Dated:   June 20, 2006**          /s/  William M. Wunderlich
bl0dc4                                    UNITED STATES MAGISTRATE JUDGE