IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDDIE LEE BURNS, JR.,** ) | CV F 05-1620 LJO WMW HC |
| ) | |
| Petitioner, ) | ORDER DISMISSING |
| ) | PETITION FOR FAILURE TO |
| v. ) | EXHAUST STATE JUDICIAL |
| ) | REMEDIES |
| ) | |
| **PEOPLE OF THE STATE OF** ) | [Doc. 15] |
| **CALIFORNIA,** ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this court. On February 8, 2007, the court entered an order requiring Petitioner to show cause within thirty days why this petition should not be dismissed for failure to exhaust state judicial remedies. Petitioner has not responded to the court's order.

For the reasons discussed in the court's prior order, this petition for writ of habeas

corpus is HEREBY DISMISSED without prejudice for Petitioner's failure to exhaust state judicial remedies before bringing this petition.

IT IS SO ORDERED.

**Dated:   May 22, 2007**               /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

2